**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER OF ABATEMENT**

Appellate case name:     Lawrence E. Young and Judith A. Young v. Dimension Homes, Inc.

Appellate case number:   01-14-00331-CV

Trial court case number: 12-DCV-197202

Trial court:             400th District Court of Fort Bend County

Appellee Dimension Homes, Inc. has filed an "Unopposed Motion to Submit Parties' Dispute over Missing Exhibit to Trial Court for Resolution." By its motion, appellee represents that the reporter's record filed in this appeal on July 9, 2014 does not include a copy of Plaintiff's Exhibit 194; appellee requested the court reporter to supplement the record with a copy of the exhibit; and appellants, Lawrence E. Young and Judith A. Young, do not agree to supplementation of the reporter's record with a copy of Plaintiff's Exhibit 194. Appellee, therefore, requests that the Court refer the parties' dispute to the trial court for resolution. *See* TEX. R. APP. P. 34.6(e)(3). We grant the motion.

The appeal is abated and remanded to the trial court to settle the parties' dispute about the accuracy of the reporter's record with respect to Plaintiff's Exhibit 194. *See* TEX. R. APP. P. 34.6(e)(2) (providing for trial court to settle dispute about accuracy of appellate record after notice and hearing). If the trial court determines that the reporter's record filed with this Court is inaccurate, the court shall direct the court reporter to prepare a supplemental reporter's record that conforms to what occurred in the trial court and file the supplemental reporter's record with the Clerk of this Court. *See* TEX. R. APP. P. 34.6(e)(2) (providing that if trial court finds an inaccuracy, it must order court reporter to conform reporter's record to what occurred in trial court and file certified corrections in appellate court). If the trial court determines that the reporter's record filed with this Court is accurate with respect to Plaintiff's Exhibit 194, the court should sign a written order reflecting that determination, along with any additional findings.

The trial court clerk is directed to file a supplemental clerk's record containing the trial court's order and findings with the Clerk of this Court within 30 days of the date of

this order. The court reporter is directed to file a reporter's record of the hearing within 30 days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

Judge's signature: /s/ Jim Sharp

                        ☒    Acting individually

Date:  September 23, 2014